**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 99-7615

_____

IRVIN E. COLEMAN,

Plaintiff - Appellant,

versus

W. O. WARD; J. TYLER, Captain; D. HODGES,
Superintendent,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.
(CA-98-263-2)

_____

Submitted:  February 24, 2000          Decided:  March 3, 2000

_____

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Irvin E. Coleman, Appellant Pro Se.  Hugh McCoy Fain, III, Mary Elizabeth Skora, SPOTTS, SMITH, FAIN & BUIS, P.C., Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Irvin E. Coleman appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Coleman v. Ward, No. CA-98-263-2 (E.D. Va. Nov. 17, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED